Eddie C. WILSON, Sr., Plaintiff—Appellant,

v.

PRISON HEALTH SERVICE, INCORPORATED; Baltimore City Detention Center; Baltimore City Booking & Intake Center, Defendants—Appellees.

No. 04–7722.

United States Court of Appeals, Fourth Circuit.

Submitted March 23, 2005.

Decided April 12, 2005.

Eddie C. Wilson, Sr., Appellant pro se. Donald Joseph Crawford, Aldelman, Sheff & Smith, Rockville, Maryland; John Joseph Curran, Jr., Attorney General, Glenn Todd Marrow, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Eddie C. Wilson, Sr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible

error. Accordingly, we affirm on the reasoning of the district court. *See Wilson v. Prison Health Servs., Inc.*, No. CA–03–472–8–AW (D.Md. Oct. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*